
RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 1-25-06

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| Lisa Harvey | Civil Action No. 6:05-CV-0120 |
| versus | Judge Tucker L. Melançon |
| Unum Life Insurance Company of America | Magistrate Judge Methvin |

## JUDGMENT OF DISMISSAL

The Court having been advised that the above action has been settled,

IT IS ORDERED that this action is hereby DISMISSED without costs and without prejudice to the right, upon good cause shown within thirty (30) days, to reopen the action if settlement is not consummated.

IT IS FURTHER ORDERED that the parties are to submit to the Court a Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41 within thirty (30) days of entry of this judgment.

Thus done and signed this 22nd day of September, at Lafayette, Louisiana.

Tucker L. Melançon
United States District Judge

## McCranie Sistrunk Anzelmo Hardy Maxwell & McDaniel PC

3445 N. Causeway Blvd.   Suite 800   Metairie, LA 70002
(504) 831-0946   (504) 831-2492 Fax   www.mcsalaw.com

**Lauren A. Welch**
Direct Dial: (504) 846-8464
Direct Fax:  (504) 831-8585
E-Mail: lwelch@mcsalaw.com

September 21, 2006

*Via Facsimile Only*

Honorable Judge Tucker L. Melancon
United States District Court
Western District of Louisiana
800 Lafayette Street
Suite 4700
Lafayette, Louisiana 70501

Re: *Lisa Harvey v. Unum Life Insurance Company of America*
Civil Docket No.: 05-0120
Our File No.: 8456-68-5

Dear Judge Melancon:

We represent the defendant, Unum Life Insurance Company of America, in the above-referenced matter. I am writing in regard to the Order signed by the Court on September 20th relating to a dismissal without prejudice of this case. (Rec. Doc. 38). The parties herein have recently agreed upon a settlement, and we are in the process of obtaining the funds from my client and executing the settlement documents. Thereafter, the parties will enter into a joint stipulation of dismissal, with prejudice, of all claims asserted by the plaintiff. As soon as that document is signed by all parties, it will be filed with the Court. I apologize for any lapse in communication with the Court that may have occurred in this case and for any confusion that may have resulted from same. Thank you for your courtesies.

Cordially,

*Lauren A. Welch*

Lauren A. Welch

LAW:rek
cc:   Donald L. Maycux, Esq. (via facsimile only)